UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER PARAHAM, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LCT OPCO LLC,<br><br>Defendants. | Case No.: 2:24-cv-03148-HB<br><br>Hon.: Harvey Bartle III |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Plaintiff Christopher Paraham ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant LCT OpCo LLC d/b/a La Colombe ("Defendant") (together, "the Parties"), respectfully move for an Order preliminarily approving the collective and class action settlement reached in this matter. The Parties have executed a Class and Collective Action Settlement Agreement ("Settlement Agreement") that will resolve this litigation on a collective and class-wide basis.

By this Motion, the Parties request that the Court (1) grant preliminary approval of the proposed settlement as fair, reasonable, and adequate; (2) provisionally certify the proposed settlement class for settlement purposes only under Federal Rule of Civil Procedure 23(b)(3) and conditionally certify the proposed collective under 29 U.S.C. § 216(b); (3) appoint Plaintiff's counsel, Brown, LLC, as Class Counsel on an interim basis pursuant to Rule 23(g)(3); (4) approve the proposed Notices of Settlement and Claim Form and the plan for disseminating notice and collecting claim forms; and (5) schedule a Final Approval Hearing (Fairness Hearing) to consider final approval of the settlement and related matters.

1

In support of this motion, the Parties submit a Memorandum of Law in support of this Joint Motion, the Settlement Agreement and its exhibits, including the proposed notices and claim form, the Declaration of Nicholas Conlon, Class Counsel, attesting to the fairness of the settlement, and a proposed Order granting Preliminary Approval.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the proposed Preliminary Approval Order.

Dated: June 4, 2025         **JOINTLY SUBMITTED BY:**

/s/ _Daniel F. Thornton_         /s/ Nicholas Conlon

Daniel F. Thornton
Stephanie J. Peet
Zachary M. Halpern
Jackson Lewis P.C.
Three Parkway
1601 Cherry Street, Suite 1350 Philadelphia, PA 19102
Phone: (267) 319-7802
daniel.thornton@jacksonlewis.com
stephanie.peet@jacksonlewis.com
zachary.halpern@jacksonlewis.com

*Counsel for Defendant*

Nicholas Conlon
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
Phone: (201) 630-0000
nicholasconlon@itblawgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

2

*Nicholas Conlon (pro hac vice)*
Nicholas Conlon
