UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER PARAHAM, individually,
and on behalf of others similarly situated,                    Case No.: 2:24-cv-03148-HB

                    Plaintiff,                                  Hon. Harvey Bartle III

vs.

LCT OPCO LLC,

                    Defendant.

---

### JOINT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, FINAL CERTIFICATION OF THE CLASS AND COLLECTIVE, AND APPROVAL OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARD

Plaintiff Christopher Paraham ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant LCT OPCO LLC (together, the "Parties") respectfully move for an Order granting final approval of the class and collective action settlement reached in this matter. The Court previously granted preliminary approval of the settlement on June 9, 2025. See Preliminary Approval Order (ECF No. 35). The Parties' executed Class and Collective Action Settlement Agreement ("Settlement Agreement"), which was filed with the Court on June 4, 2025 (ECF No. 31), resolves this litigation on a collective and class-wide basis.

By this Motion, the Parties request that the Court (1) grant final approval of the proposed Settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e); (2) finally certify the settlement class for settlement purposes only under Rule 23(b)(3) and finally certify the settlement collective under 29 U.S.C. § 216(b); (3) appoint Brown, LLC as Class Counsel pursuant to Rule 23(g); (4) approve the payment of attorneys' fees, costs, settlement administration expenses, and a service award to Plaintiff from the Gross Settlement Fund; and

(5) enter Final Judgment dismissing this action with prejudice while retaining jurisdiction to enforce the Settlement.

In support of this Motion, Plaintiff submits a Memorandum of Law in Support of Plaintiff's Motion for Final Approval, the Settlement Agreement and its exhibits (ECF No. 31), the Declaration of Nicholas Conlon, Class Counsel, and the Declaration of Madely Nava of Apex Class Action LLC, the Court-appointed Settlement Administrator, attesting to the notice and claims administration process, together with a proposed Order granting Final Approval.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and enter the proposed Final Approval Order.

Dated: August 27, 2025                    **BROWN, LLC**

By: /s Nicholas Conlon
    Nicholas Conlon (PHV)
    111 Town Square Place, Suite 400
    Jersey City, New Jersey 07310
    T: (877) 561-0000
    F: (855) 582-5297
    nicholasconlon@jtblawgroup.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on ECF, causing electronic notification of same to all counsel of record.

Dated: August 27, 2025

*s/ Nicholas Conlon*
Nicholas Conlon