IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PARAHAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LA COLOMBE HOLDINGS INC., | : | NO. 24-3148 |
| et al. | : | |

ORDER GRANTING FINAL APPROVAL
OF COLLECTIVE AND CLASS ACTION SETTLEMENT

AND NOW, this 15th day of October 2025, upon consideration of the Parties' Joint Motion for Final Approval of Class and Collective Action Settlement, Final Certification of the Class and Collective, and Approval of Attorneys' Fees, Costs, and Service Award (the "Motion")(Doc. #36), the Settlement Agreement (the "Agreement"), and having held a Final Approval Hearing, and for good cause shown, it is hereby ORDERED:

1. The Court has jurisdiction over the subject matter of this action, the Parties, and all Class Members and FLSA Collective Members.

2. The Court finds that the requirements of Rule 23 and 29 U.S.C. § 216(b) are satisfied for purposes of final settlement.

3. The Court grants final approval of the Settlement Agreement and finds that the terms are fair, reasonable, and adequate under Rule 23(e).

4. The Court confirms certification of the Pennsylvania Wage Law Class under Rule 23(b)(3) and the FLSA Collective under 29 U.S.C. § 216(b) for settlement purposes only.

5. The Court approves the service award to Plaintiff Christopher Paraham in the amount of $10,000.00.

6. The Court approves attorneys' fees of $150,000.00 (one-third of the Gross Settlement Fund) and reimbursement of costs actually incurred in the amount of up to $6,000.00.

7. The Court approves settlement administration expenses not to exceed $19,000.00.

8. The Court approves the allocation of the Net Settlement Amount between the Pennsylvania Wage Law Class Fund and the FLSA Collective Fund as set forth in the Agreement.

9. The Court finds that the notice program, as implemented, satisfies Rule 23(c)(2)(B) and due process.

10. The Court dismisses the action with prejudice, retaining jurisdiction over the settlement administration and enforcement of the Agreement.

BY THE COURT:

/s/ Harvey Bartle III
                    J.